**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS CEJA; SUCELLY DONIZ MEJIA,<br><br>           Plaintiffs,<br><br>     v.<br><br>JANET NAPOLITANO, et al.,<br><br>           Defendants. | Case No. EDCV 13-00185-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.


Dated: May 8, 2013                         _____
                                            VIRGINIA A. PHILLIPS
                                            United States District Judge